Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Robert M. Howell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Robert M. Howell,<br><br>          Plaintiff,<br>v.<br><br>Trans Union LLC,<br><br>          Defendant. | Case No.: 2:18-cv-00770-RFB-CWH<br><br>**Stipulation for an extension of time for Plaintiff to Respond to Trans Union LLC's Motion to Dismiss [ECF No. 7]**<br><br>**(First Request)** |

Plaintiff Robert M. Howell ("Plaintiff") and Trans Union LLC ("Defendant"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until **August 3, 2018**—for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, filed on July 6, 2018, ECF No. 7. Plaintiff's Response is currently due on July 20, 2018.

Plaintiff filed his Complaint on April 27, 2018. ECF No. 1. Defendant filed its original motion to dismiss on June 8, 2018. ECF No. 4. On June 22, 2018, Plaintiff filed his First Amended Complaint. ECF No. 6. On July 20, 2018, Defendant filed its pending Motion to Dismiss Plaintiff's Amended Complaint. ECF No. 7. Plaintiff's Response is due on July 20, 2018. *Id.* The Parties are actively discussing resolution of the case and, in good faith and not for the purposes of delay, Plaintiff has requested and Defendant has agreed to allow Plaintiff an additional 14 days to respond to the Motion. The Parties in good faith stipulate to allow additional time for Plaintiff to respond to the Motion. This is the first request for an extension of this deadline.

The Parties therefore stipulate that Plaintiff's response to Defendant's motion to dismiss, ECF. No. 7, shall be due on or before **August 3, 2018**.

DATED this 19th day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS**

By: /s/ Jason Revzin
Jason Revzin, Esq,
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Trans Union LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: July 20, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 19, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148