Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Robert M. Howell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Robert M. Howell,<br><br>Plaintiff,<br><br>v.<br><br>Trans Union LLC,<br><br>Defendant. | Case No. 2:18-cv-00770-RFB-CWH<br><br>**Stipulation of Dismissal of Trans Union LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Robert M. Howell ("Plaintiff") and Defendant Trans Union LLC ("Defendant") stipulate to dismiss with prejudice this case in its entirety. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of September 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jason Revzin
Jason Revzin, Esq
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys for Trans Union LLC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court
Dated: September 17, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 13, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148